THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SUSAN LENEHAN and JODI BRUST, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. C21-0868-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the date by which Defendant must respond to Plaintiffs' complaint (Dkt. No. 13). Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that Defendant's deadline for filing a response to Plaintiffs' complaint is extended from July 21, 2021 to August 20, 2021.

//

//

//

//

MINUTE ORDER
C21-0868-JCC
PAGE - 1

DATED this 22nd day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk